IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CODY LEE FULGHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:18-CV-94-WHA ) |
| SGT. CHAMPION, et al., | ) ) |
| Defendants. | ) |

**ORDER**

On August 17, 2018, the Magistrate Judge entered a Recommendation (Doc. #35) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 11th day of September, 2018.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE